MAYER et al. *v.* PRUDHOMME, Executor.

Though an order allowing an appeal be obtained in due time, if the bond be not filed within the time allowed for an appeal, the appeal must be dismissed.

APPEAL from the Court of Probates of St. Landry, *Garriques,* J. *Linton,* for the appellant. *W. B. Lewis,* for the defendant.

The judgment of the court was pronounced by

SLIDELL, J. The judgment in this case was signed on the 16th day of June, 1845. On the 13th September, 1845, an order of appeal was obtained, but the bond of the appellant was only filed on the 11th August, 1846, being more than one year from the signing of the judgment. The motion to dismiss must prevail. Sec. 3 Rob. 78. 2 La. 323.                                *Appeal dismissed.*